# Supreme Court of Florida

THURSDAY, NOVEMBER 2, 2023

In Re: Amendment to Florida
Rule of Civil Procedure 1.280

**SC2021-0929**

---

The Court has considered the comments concerning Florida Rule of Civil Procedure 1.280, which was amended in the opinion issued August 26, 2021. As no further amendments to the rule are warranted at this time, this case is hereby final.

MUÑIZ, C.J., and CANADY, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.
LABARGA, J., dissents with an opinion.

LABARGA, J., dissenting.

In 2021, despite the robust discovery framework set forth in the Florida Rules of Civil Procedure, the majority concluded that there was a need for additional protections against abusive discovery tactics in the private sector. To that end, the majority unilaterally adopted new Florida Rule of Civil Procedure 1.280(h), which extended the "apex doctrine" to the private sector and granted special discovery protections to top-level corporate decision makers. *See In re Amend. to Fla. Rule of Civ. Proc. 1.280*, 324 So. 3d 459 (Fla. 2021).

I dissented to the majority's unilateral action because the existing Florida Rules of Civil Procedure were adequate to address the majority's concerns about abusive discovery tactics—and the rules remain adequate to do so. *Id.* at 464-65 (Labarga, J., dissenting). As such, I continue to deem the adoption of rule 1.280(h) unwarranted.

I respectfully dissent to today's order because the majority, having considered the comments filed in response to the adoption of rule 1.280(h), has determined that the rule should remain as originally adopted.

A True Copy
Test:

SC2021-0929 11/2/2023

John A. Tomasino
Clerk, Supreme Court
SC2021-0929 11/2/2023

SO
Served:
JOSHUA E. DOYLE
HEATHER S. TELFER
JENNIFER MARIE VOSS
CHRISTOPHER J. BAUM

JUDSON LEE COHEN
WILLIAM W. LARGE
HON. ASHLEY MOODY
FRANK CRUZ-ALVAREZ
ROBERT L. CHRISTIE
HENRY C. WHITAKER
KANSAS R. GOODEN
DANIEL B. ROGERS
DANIEL W. BELL
CHRISTOPHER G. BURNS
JOHN W. HOGAN